IRENE BEAUTY SHOPPE, INC., v. MISS IRENE, INC.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

JOHN J. NEFF and EARL E. CAMPBELL and Others v. THE FARMERS' LOAN AND TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ALBERT FUCHS v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

MODERN BEAUTY SHOP, INC., v. E. FREDERICS, INC.— Motion for reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

A. NEWBOLD MORRIS, as President of the Council, and Others v. JOHN CASHMORE and JAMES A. BURKE.— Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 657.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

A. NEWBOLD MORRIS, as President of the Council, and Others v. JOHN CASHMORE and JAMES A. BURKE.— Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 657.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN CASHMORE, Individually and as Vice-Chairman of the Council Created under the New York City Charter, v. A. NEWBOLD MORRIS, as President of the Council, and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. [See 253 App. Div. 656.] Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

JEROME L. DAVIS and Others v. MARTELL'S WINE & LIQUOR Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STOKES COAL Co., INC., v. ROSA GARGUILO and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANCES NEWMAN STURMAN v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of Supplementary Proceedings: I. & C. GROSSMAN, INC., v. RIVER PLATE AMERICAN TRADING CORP. and HENRY SCHWARTZ and ALBERT KAUFMAN. In the Matter of Supplementary Proceedings: SPINDEL TRADING CORP. v. RIVER PLATE AMERICAN TRADING CORP. and HENRY SCHWARTZ and ALBERT KAUFMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

OLIVER C. WAGSTAFF and Another v. HOLLY SUGAR CORPORATION and Others. — Motion for reargument denied and the motion in other respects granted as indicated in order. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.